

**BALTIMORE CITY PUBLIC SCHOOLS**

 Navigator    Favorites    Home  Logout  Preferences  Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip  29-AUG-2014 - 44059 - Check 1   Go

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 29-Aug-2014 | 09-Aug-2014 | 22-Aug-2014 |

### Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 0.00 | 1,121.80 | 694.05 | 2,822.75 |
| YTD | 92,723.83 | 5,576.84 | 13,818.24 | 13,016.78 | 60,144.98 |

### Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 4,174.74 |
| Regular Earnings | 51.33 | 3,247.02 | 65,828.32 |
| Holiday | | 0.00 | 8,309.68 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | 22.00 | 1,391.58 | 3,710.88 |
| Group Life Imputed Income | | 9.33 | 166.99 |
| Retro Salary Adj | | 0.00 | 2,391.00 |
| PSASA Vac Lv Payout | | 0.00 | 4,638.58 |
| One Time Payment | | 0.00 | 2,112.06 |

### Pre-Tax Deductions / Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 0.00 | 269.74 | Federal Tax | 623.83 | 4,081.39 |
| Dental Buy up Plan | 0.00 | 187.98 | Social Security | 288.17 | 5,716.71 |
| Vision Buy up Plan | 0.00 | 35.04 | Medicare | 67.39 | 1,336.97 |
| Prescription Drug | 0.00 | 26.00 | PA State Tax | 142.41 | 2,683.17 |
| State Retirement | 0.00 | 5,058.08 | | | |

### After-Tax Deductions / Accruals

| After-Tax Deductions | Current | YTD | Accruals | | Balance |
|---|---|---|---|---|---|
| Combined Charities | 20.00 | 360.00 | Compensatory | | 1.83 |
| Credit Union | 647.24 | 12,143.42 | Sick | | 1,304.07 |
| Voluntary Dependent Life | 0.00 | 5.78 | Vacation | | 676.47 |
| Youthworks Jobs Program | 0.00 | 25.00 | | | |

| PSASA Dues | | 26.81 | 482.58 | |
|---|---|---|---|---|

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Single | 10 | | 25.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 2,822.75 |

Questions about your pay and deductions?

Home   Logout   Preferences   Help

Payslip     Page 1 of 2

*(handwritten: "no taxes")*


**BALTIMORE CITY PUBLIC SCHOOLS**

 Navigator    Favorites         Home  Logout  Preferences  Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip  15-AUG-2014 - 44059 - Check 1   Go

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 15-Aug-2014 | 26-Jul-2014 | 08-Aug-2014 |

### Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 0.00 | 507.98 | 694.05 | 3,436.57 |
| YTD | 83,437.32 | 5,576.84 | 12,341.59 | 12,322.73 | 53,038.50 |

### Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | 44.00 | 2,783.16 | 4,174.74 |
| Regular Earnings | | 0.00 | 62,581.30 |
| Holiday | | 0.00 | 8,309.68 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | 29.33 | 1,855.44 | 2,319.30 |
| Group Life Imputed Income | | 9.33 | 157.66 |
| Retro Salary Adj | | 0.00 | 2,391.00 |
| One Time Payment | | 0.00 | 2,112.06 |

### Pre-Tax Deductions | Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 0.00 | 269.74 | Federal Tax | 10.00 | 3,457.56 |
| Dental Buy up Plan | 0.00 | 187.98 | Social Security | 288.17 | 5,140.95 |
| Vision Buy up Plan | 0.00 | 35.04 | Medicare | 67.40 | 1,202.32 |
| Prescription Drug | 0.00 | 26.00 | PA State Tax | 142.41 | 2,540.76 |
| State Retirement | 0.00 | 5,058.08 | | | |

### After-Tax Deductions | Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 340.00 | Compensatory | 1.83 |
| Credit Union | 647.24 | 11,496.18 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.00 | 5.78 | Vacation | 698.47 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 455.77 | | |

Case 1:14-bk-04402-HWV  Doc 5  Filed 09/24/14  Entered 09/24/14 12:03:18  Desc
Main Document  Page 3 of 14

https://ebs.bcps.k12.md.us/OA_HTML/RF.jsp?function_id=1007854&resp_id=51503&res...  8/22/2014

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Exempt | 0 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 3,436.57 |

Questions about your pay and deductions?

Home  Logout  Preferences  Help

# BALTIMORE CITY PUBLIC SCHOOLS

🏠 Navigator    ⭐ Favorites        Home  Logout  Preferences  Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip   01-AUG-2014 - 44059 - Check 1   [Go]

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 01-Aug-2014 | 12-Jul-2014 | 25-Jul-2014 |

## Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 0.00 | 507.97 | 694.05 | 3,436.58 |
| YTD | 78,789.39 | 5,576.84 | 11,833.61 | 11,628.68 | 49,601.93 |

## Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 1,391.58 |
| Regular Earnings | 73.33 | 4,638.60 | 62,581.30 |
| Holiday | | 0.00 | 8,309.68 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | | 0.00 | 463.86 |
| Group Life Imputed Income | | 9.33 | 148.33 |
| Retro Salary Adj | | 0.00 | 2,391.00 |
| One Time Payment | | 0.00 | 2,112.06 |

## Pre-Tax Deductions / Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 0.00 | 269.74 | Federal Tax | 10.00 | 3,447.56 |
| Dental Buy up Plan | 0.00 | 187.98 | Social Security | 288.17 | 4,852.78 |
| Vision Buy up Plan | 0.00 | 35.04 | Medicare | 67.39 | 1,134.92 |
| Prescription Drug | 0.00 | 26.00 | PA State Tax | 142.41 | 2,398.35 |
| State Retirement | 0.00 | 5,058.08 | | | |

## After-Tax Deductions / Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 320.00 | Compensatory | 1.83 |
| Credit Union | 647.24 | 10,848.94 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.00 | 5.78 | Vacation | 714.97 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 428.96 | | |

## Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Exempt | 0 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 3,436.58 |

Questions about your pay and deductions?

Home  Logout  Preferences  Help

*no-taxes* (handwritten)

Case 1:14-bk-04402-HWV    Doc 5    Filed 09/24/14    Entered 09/24/14 12:03:18    Desc
                                   Main Document    Page 6 of 14

https://ebs.bcps.k12.md.us/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=801&...    8/22/2014

# BALTIMORE CITY PUBLIC SCHOOLS

🏠 Navigator　　　⭐ Favorites　　　　　　　Home　Logout　Preferences　Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip　18-JUL-2014 - 44059 - Check 1　[Go]

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 18-Jul-2014 | 28-Jun-2014 | 11-Jul-2014 |

## Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 0.00 | 1,106.81 | 694.05 | 2,837.74 |
| YTD | 74,141.46 | 5,576.84 | 11,325.64 | 10,934.63 | 46,165.35 |

## Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 1,391.58 |
| Regular Earnings | 66.00 | 4,174.74 | 57,942.70 |
| Holiday | 7.33 | 463.86 | 8,309.68 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | | 0.00 | 463.86 |
| Group Life Imputed Income | | 9.33 | 139.00 |
| Retro Salary Adj | | 0.00 | 2,391.00 |
| One Time Payment | | 0.00 | 2,112.06 |

## Pre-Tax Deductions / Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 0.00 | 269.74 | Federal Tax | 608.83 | 3,437.56 |
| Dental Buy up Plan | 0.00 | 187.98 | Social Security | 288.17 | 4,564.61 |
| Vision Buy up Plan | 0.00 | 35.04 | Medicare | 67.40 | 1,067.53 |
| Prescription Drug | 0.00 | 26.00 | PA State Tax | 142.41 | 2,255.94 |
| State Retirement | 0.00 | 5,058.08 | | | |

## After-Tax Deductions / Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 300.00 | Compensatory | 1.83 |
| Credit Union | 647.24 | 10,201.70 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.00 | 5.78 | Vacation | 714.97 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 402.15 | | |

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Single | 10 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 2,837.74 |

Questions about your pay and deductions?

Home   Logout   Preferences   Help

# BALTIMORE CITY PUBLIC SCHOOLS

🏠 Navigator    ⭐ Favorites          Home  Logout  Preferences  Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip    03-JUL-2014 - 44059 - Check 1    [Go]

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 03-Jul-2014 | 14-Jun-2014 | 27-Jun-2014 |

## Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 0.00 | 1,106.81 | 784.26 | 2,747.53 |
| YTD | 69,493.53 | 5,576.84 | 10,218.83 | 10,240.58 | 43,327.61 |

## Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 1,391.58 |
| Regular Earnings | 73.33 | 4,638.60 | 53,767.96 |
| Holiday | | 0.00 | 7,845.82 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | | 0.00 | 463.86 |
| Group Life Imputed Income | | 9.33 | 129.67 |
| Retro Salary Adj | | 0.00 | 2,391.00 |
| One Time Payment | | 0.00 | 2,112.06 |

## Pre-Tax Deductions / Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 0.00 | 269.74 | Federal Tax | 608.83 | 2,828.73 |
| Dental Buy up Plan | 0.00 | 187.98 | Social Security | 288.18 | 4,276.44 |
| Vision Buy up Plan | 0.00 | 35.04 | Medicare | 67.39 | 1,000.13 |
| Prescription Drug | 0.00 | 26.00 | PA State Tax | 142.41 | 2,113.53 |
| State Retirement | 0.00 | 5,058.08 | | | |

## After-Tax Deductions / Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 280.00 | Compensatory | 1.83 |
| Credit Union | 737.45 | 9,554.46 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.00 | 5.78 | Vacation | 702.13 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 375.34 | | |

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Single | 10 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 2,747.53 |

Questions about your pay and deductions?

Home   Logout   Preferences   Help

# BALTIMORE CITY PUBLIC SCHOOLS

🏠 Navigator    ⭐ Favorites                Home  Logout  Preferences  Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip   20-JUN-2014 - 44059 - Check 1    [Go]

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 20-Jun-2014 | 31-May-2014 | 13-Jun-2014 |

## Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 40.19 | 1,092.45 | 784.75 | 2,721.21 |
| YTD | 62,733.54 | 5,576.84 | 8,817.12 | 9,456.32 | 38,762.92 |

## Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 1,391.58 |
| Regular Earnings | 73.33 | 4,638.60 | 49,129.36 |
| Holiday | | 0.00 | 7,845.82 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | | 0.00 | 463.86 |
| Group Life Imputed Income | | 9.33 | 120.34 |
| Retro Salary Adj | | 0.00 | 2,391.00 |

## Pre-Tax Deductions | Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 20.81 | 269.74 | Federal Tax | 598.79 | 2,151.41 |
| Dental Buy up Plan | 14.46 | 187.98 | Social Security | 285.68 | 3,857.32 |
| Vision Buy up Plan | 2.92 | 35.04 | Medicare | 66.81 | 902.11 |
| Prescription Drug | 2.00 | 26.00 | PA State Tax | 141.17 | 1,906.28 |
| State Retirement | 0.00 | 5,058.08 | | | |

## After-Tax Deductions | Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 260.00 | Compensatory | 1.83 |
| Credit Union | 737.45 | 8,817.01 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.49 | 5.78 | Vacation | 702.13 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 348.53 | | |

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Single | 10 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 2,721.21 |

Questions about your pay and deductions?

Home   Logout   Preferences   Help

# BALTIMORE CITY PUBLIC SCHOOLS

🏠 Navigator　　⭐ Favorites　　　　Home　Logout　Preferences　Help

**Employee Earnings and Deductions Statement**

| | | | |
|---|---|---|---|
| Employee Name | Hicks, Tracy | Employee Number | 44059 |
| Organization Email Address | THicks@bcps.k12.md.us | Business Group | BCPSS |

Choose a Payslip　06-JUN-2014 - 44059 - Check 1　[Go]

| | | | |
|---|---|---|---|
| Employee Name | Tracy Hicks | Organization | 0430 - AUGUSTA FELLS SAVAGE INSTITUTE OF VISUAL ARTS HIGH |
| Employee Number | 44059 | | |
| Employee Address | 104 Fawn Hill Road Hanover PA 17331 | | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date |
|---|---|---|---|
| Bi-Week | 06-Jun-2014 | 17-May-2014 | 30-May-2014 |

## Summary

| Summary | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,647.93 | 462.30 | 986.92 | 784.75 | 2,404.63 |
| YTD | 58,085.61 | 5,536.65 | 7,724.67 | 8,671.57 | 36,041.71 |

## Hours and Earnings

| Hours and Earnings | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Permission Leave | | 0.00 | 1,391.58 |
| Regular Earnings | 66.00 | 4,174.74 | 44,490.76 |
| Holiday | 7.33 | 463.86 | 7,845.82 |
| School Closing | | 0.00 | 1,391.58 |
| PSASA Vac Leave | | 0.00 | 463.86 |
| Group Life Imputed Income | | 9.33 | 111.01 |
| Retro Salary Adj | | 0.00 | 2,391.00 |

## Pre-Tax Deductions / Taxes

| Pre-Tax Deductions | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Blue Choice POS | 20.81 | 248.93 | Federal Tax | 493.26 | 1,552.62 |
| Dental Buy up Plan | 14.46 | 173.52 | Social Security | 285.68 | 3,571.64 |
| Vision Buy up Plan | 2.92 | 32.12 | Medicare | 66.81 | 835.30 |
| Prescription Drug | 2.00 | 24.00 | PA State Tax | 141.17 | 1,765.11 |
| State Retirement | 422.11 | 5,058.08 | | | |

## After-Tax Deductions / Accruals

| After-Tax Deductions | Current | YTD | Accruals | Balance |
|---|---|---|---|---|
| Combined Charities | 20.00 | 240.00 | Compensatory | 1.83 |
| Credit Union | 737.45 | 8,079.56 | Sick | 1,172.08 |
| Voluntary Dependent Life | 0.49 | 5.29 | Vacation | 689.30 |
| Youthworks Jobs Program | 0.00 | 25.00 | | |
| PSASA Dues | 26.81 | 321.72 | | |

### Tax Withholding Information

| Tax Withholdings | Marital Status | Exemptions | Secondary Exemptions | Additional Amount |
|---|---|---|---|---|
| Federal | Single | 10 | | 10.00 |
| Pennsylvania | Not Used | 0 | | 0.00 |
| Maryland | Exempt | 0 | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| | | | 2,404.63 |

Questions about your pay and deductions?

Home  Logout  Preferences  Help